| | | |
|---|---|---|
| RONALD ALLEN BURNETT<br>PEGGY DOUGLAS BURNETT<br>532 W. MCPHERSON DR.<br>MONTICELLO, MS 39654 | CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | NATIONAL CREDIT<br>ATTN: BANKRUPTCY<br>PO BOX 3023<br>HUTCHINSON, KS 67504 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | NCB MANAGEMENT<br>ATTN: BANKRUPTCY<br>1 ALLIED DRIVE<br>TREVOSE, PA 19053 |
| 1ST FRANKLIN<br>939 BROOKWAY BOULEVARD<br>BROOKHAVEN, MS 39601 | FORTIVA<br>ATTN: BANKRUPTCY<br>PO BOX 105555<br>ATLANTA, GA 30348 | PLAZA SERVICES, LLC<br>ATTN: BANKRUPTCY<br>110 HAMMOND DR STE 110<br>ATLANTA, GA 30328 |
| ASPIRE CREDIT CARD<br>ATTN: BANKRUPTCY<br>PO BOX 105555<br>ATLANTA, GA 30348 | GENESIS FS CARD<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 | RAPID CAPITAL<br>11900 BISCAYNE BLVD<br>STE 201<br>MIAMI, FL 33181 |
| BRIGHT LENDING<br>PO BOX 578<br>HAYS, MT 59527 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | REGIONAL FINANCE<br>979 BATESVILLE RD<br>GREER, SC 29651 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | REPUBLIC FINANCE<br>525 BROOKWAY BLVD<br>BROOKHAVEN, MS 39601 |
| CITIBANK<br>PO BOX 790040<br>ST LOUIS, MO 63179 | LVNV FUNDING<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603 | SPOT LOAN<br>PO BOX 927<br>PALATINE, IL 60078-0927 |
| CLEAR AIR LENDING<br>PO BOX 1429<br>NICE, CA 95464 | MARINER FINANCE<br>ATTN: BANKRUPTCY<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 |
| COMENITY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | MAX LEND<br>P.O. BOX 639<br>PARSHALL, ND 58770 | TODAY CASH<br>P.O. BOX 808<br>KESHENA, WI 54135 |

```
TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232


UPSTART FINANCE
ATTN: BANKRUPTCY
PO BOX 1503
SAN CARLOS, CA 94070


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


VANCE & HUFFMAN LLC
ATTN: BANKRUPTCY
55 MONETTE PKWY
STE 100
SMITHFIELD, VA 23430
```