Certificate Number: 17082-MSS-DE-039593477

Bankruptcy Case Number: 25-50587



17082-MSS-DE-039593477

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 25, 2025, at 9:36 o'clock AM MST, PEGGY DOUGLAS BURNETT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: April 25, 2025

By: /s/Elena Escobedo

Name: Elena Escobedo

Title: Customer Service Representative