# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Ronald Allen Burnett               CASE NO. 25-50587-KMS
       Peggy Douglas Burnett, Debtors             CHAPTER 13

TO:   TRUSTEE:   David Rawlings
       U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

       ALL CREDITORS
       A copy of the Court's mailing matrix is attached

## NOTICE OF AMENDMENT TO
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see copy of Amended Schedule C attached).

**YOU ARE FURTHER NOTIFIED** that any objection or other response to the list of property claimed as exempt must be filed with the Clerk of the Court for the United States Bankruptcy Court; a copy thereof served to the United States Trustee, Case Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting of creditors or within 30 days after the filing of this notice of amendment, whichever is later.

Date: May 29, 2025            /s/ Thomas C. Rollins, Jr.
                                         *Thomas C. Rollins, Jr., Attorney for Debtor*

## CERTIFICATE OF SERVICE

On May 29, 2025, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

                                         /s/ Thomas C. Rollins, Jr.
                                         *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Ronald Allen Burnett** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Peggy Douglas Burnett** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI | |
| Case number (if known) | 25-50587 | |

■ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt 4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **532 W. McPherson Dr. Monticello, MS 39654  Lawrence County**  Line from *Schedule A/B*: **1.1** | $85,000.00 | ☐ _____  ■ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-21** |
| **532 W. McPherson Dr. Monticello, MS 39654  Lawrence County**  Line from *Schedule A/B*: **1.1** | $85,000.00 | ■ $10,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(h)** |
| **2017 Nissan Sentra 20300 miles**  Line from *Schedule A/B*: **3.1** | $9,922.00 | ■ $9,922.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Household Goods**  Line from *Schedule A/B*: **6.1** | $5,400.00 | ■ $5,400.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Electronics**  Line from *Schedule A/B*: **7.1** | $1,675.00 | ■ $1,675.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

Debtor 1 **Ronald Allen Burnett**
Debtor 2 **Peggy Douglas Burnett**

Case number (if known) **25-50587**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $1,500.00 | ■ | $1,500.00 | Miss. Code Ann. § 85-3-1(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ | $200.00 | Miss. Code Ann. § 85-3-1(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Pets**<br>Line from *Schedule A/B*: **13.1** | $40.00 | ■ | $0.00 | Miss. Code Ann. § 85-3-1(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ | $50.00 | Miss. Code Ann. § 85-3-1(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Federal Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $10,000.00 | ■ | $10,000.00 | Miss. Code Ann. § 85-3-1(j) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **State Tax Refund**<br>Line from *Schedule A/B*: **28.2** | $10,000.00 | ■ | $10,000.00 | Miss. Code Ann. § 85-3-1(k) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **EIC**<br>Line from *Schedule A/B*: **28.3** | $10,000.00 | ■ | $10,000.00 | Miss. Code Ann. § 85-3-1(i) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>RONALD ALLEN BURNETT<br>PEGGY DOUGLAS BURNETT | CASE NO: 25-50587<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/29/2025, I did cause a copy of the following documents, described below,

Notice and Amended C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RONALD ALLEN BURNETT
PEGGY DOUGLAS BURNETT

CASE NO: 25-50587

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/29/2025, a copy of the following documents, described below,

Notice and Amended C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/29/2025

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                              ~~EXCLUDE~~

 LABEL MATRIX FOR LOCAL NOTICING       ~~US BANKRUPTCY COURT~~              1ST FRANKLIN
NCRS ADDRESS DOWNLOAD                  ~~DAN M RUSSELL, JR US COURTHOUSE~~  939 BROOKWAY BOULEVARD
CASE 25-50587                          ~~2012 15TH STREET, SUITE 244~~      BROOKHAVEN  MS 39601-2612
SOUTHERN DISTRICT OF MISSISSIPPI       ~~GULFPORT, MS 39501-2036~~
THU MAY 29 10-35-40 PST 2025




1ST FRANKLIN FINANCIAL CORPORATION     ASPIRE CREDIT CARD                   BRIGHT LENDING
ATTN ADMIN SERVICES                    ATTN BANKRUPTCY                      PO BOX 578
PO BOX 880                             PO BOX 105555                        HAYS  MT 59527-0578
TOCCOA GA 30577-0880                   ATLANTA  GA 30348-5555




CAPITAL ONE                            CITIBANK                             (P)CLEAR AIR LENDING
ATTN BANKRUPTCY                        PO BOX 790040                        PO BOX 1429
PO BOX 30285                           ST LOUIS  MO 63179-0040              1545 EAST STATE HIGHWAY 20
SALT LAKE CITY  UT 84130-0285                                               NICE CA 95464-8619




COMENITY BANK                          CREDIT ONE BANK                      DEPARTMENT OF TREASURYINTERNAL REVENUE
ATTN BANKRUPTCY                        6801 CIMARRON RD                     SERV
PO BOX 182125                          LAS VEGAS  NV 89113-2273             INTERNAL REVENUE SERVICE
COLUMBUS  OH 43218-2125                                                     PO BOX 7346
                                                                            PHILADELPHIA  PA 19101-7346




FIRST PREMIER BANK                     FORTIVA                              GENESIS FS CARD
3820 N LOUISE AVE                      ATTN BANKRUPTCY                      ATTN BANKRUPTCY
SIOUX FALLS  SD 57107-0145             PO BOX 105555                        PO BOX 4477
                                       ATLANTA  GA 30348-5555               BEAVERTON  OR 97076-4401




INTERCOASTAL FINANCIAL LLC             INTERNAL REVENUE SERVI               LVNV FUNDING  LLC
7954 TRANSIT RD 136X                   CO US ATTORNEY                       RESURGENT CAPITAL SERVICES
WILLIAMSVILLE  NY 14221-4117           501 EAST COURT ST                    PO BOX 10587
                                       STE 4430                             GREENVILLE  SC 29603-0587
                                       JACKSON  MS 39201-5025




LVNV FUNDING                           MARINER FINANCE                      MAX LEND
ATTN BANKRUPTCY                        ATTN BANKRUPTCY                      PO BOX 639
PO BOX 10497                           8211 TOWN CENTER DR                  PARSHALL  ND 58770-0639
GREENVILLE  SC 29603-0497              NOTTINGHAM  MD 21236-5904




NCB MANAGEMENT                         NATIONAL CREDIT                      (P)PLAZA SERVICES  LLC
ATTN BANKRUPTCY                        ATTN BANKRUPTCY                      ATTN MANNY WILLIAMS
1 ALLIED DRIVE                         PO BOX 3023                          110 HAMMOND DRIVE
TREVOSE  PA 19053-6945                 HUTCHINSON  KS 67504-3023            SUITE 110
                                                                            ATLANTA GA 30328-4806




QUANTUM3 GROUP LLC AS AGENT FOR        REGIONAL MANAGEMENT CORPORATION      RAPID CAPITAL
CONCORA CREDIT INC                     979 BATESVILLE ROAD STE B            11900 BISCAYNE BLVD
PO BOX 788                             GREER SC 29651-6819                  STE 201
KIRKLAND  WA  98083-0788                                                    MIAMI  FL 33181-2756
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CANADA

| | | |
|---|---|---|
| RAPITAL CAPITAL<br>1329C ARENA ROAD LOT 110<br>KAHNAWAKE QUEBEC CA J0L1B0 | REGIONAL FINANCE<br>979 BATESVILLE RD<br>GREER SC 29651-6819 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| ~~EXCLUDE~~<br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | SPOT LOAN<br>PO BOX 927<br>PALATINE IL 60078-0927 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| (P)LOON LENDING LLC DBA TODAY CASH<br>PO BOX 808<br>KESHENA WI 54135-0808 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | UPSTART FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 1503<br>SAN CARLOS CA 94070-7503 | UPSTART NETWORK INC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 |
| VANCE HUFFMAN LLC<br>ATTN BANKRUPTCY<br>55 MONETTE PKWY<br>STE 100<br>SMITHFIELD VA 23430-2577 | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | PEGGY DOUGLAS BURNETT<br>532 W MCPHERSON DR<br>MONTICELLO MS 39654-3677 |
| DEBTOR<br>RONALD ALLEN BURNETT<br>532 W MCPHERSON DR<br>MONTICELLO MS 39654-3677 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | |