# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50587    **Case Name:** Ronald Allen Burnett and Peggy Douglas Burnett

**Set:** 07/08/2025 01:30 pm    **Chapter:** 13    **Type:** bk    **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)