# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Ronald Allen Burnett**
**Peggy Douglas Burnett**
Debtor(s)

Case No. **25-50587**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **June 12, 2025**      **/s/ Ronald Allen Burnett**
**Ronald Allen Burnett**
Signature of Debtor

Date: **June 12, 2025**      **/s/ Peggy Douglas Burnett**
**Peggy Douglas Burnett**
Signature of Debtor

```
RONALD ALLEN BURNETT              CREDIT ONE BANK                   MAX LEND
PEGGY DOUGLAS BURNETT             6801 CIMARRON RD                  P.O. BOX 639
532 W. MCPHERSON DR.              LAS VEGAS, NV 89113               PARSHALL, ND 58770
MONTICELLO, MS 39654


THOMAS C. ROLLINS, JR.            FIRST PREMIER BANK                NATIONAL CREDIT
THE ROLLINS LAW FIRM, PLLC        3820 N LOUISE AVE                 ATTN: BANKRUPTCY
P.O. BOX 13767                    SIOUX FALLS, SD 57107             PO BOX 3023
JACKSON, MS 39236                                                   HUTCHINSON, KS 67504


1ST FRANKLIN                      FORTIVA                           NCB MANAGEMENT
939 BROOKWAY BOULEVARD            ATTN: BANKRUPTCY                  ATTN: BANKRUPTCY
BROOKHAVEN, MS 39601              PO BOX 105555                     1 ALLIED DRIVE
                                  ATLANTA, GA 30348                 TREVOSE, PA 19053


ASPIRE CREDIT CARD                GENESIS FS CARD                   PLAZA SERVICES, LLC
ATTN: BANKRUPTCY                  ATTN: BANKRUPTCY                  ATTN: BANKRUPTCY
PO BOX 105555                     PO BOX 4477                       110 HAMMOND DR STE 110
ATLANTA, GA 30348                 BEAVERTON, OR 97076               ATLANTA, GA 30328


BRIGHT LENDING                    INTERNAL REVENUE SERVI            RAPID CAPITAL
PO BOX 578                        CENTRALIZED INSOLVENCY            11900 BISCAYNE BLVD
HAYS, MT 59527                    P.O. BOX 7346                     STE 201
                                  PHILADELPHIA, PA 19101-7346       MIAMI, FL 33181


CAPITAL ONE                       INTERNAL REVENUE SERVI            REGIONAL FINANCE
ATTN: BANKRUPTCY                  C/O US ATTORNEY                   979 BATESVILLE RD
PO BOX 30285                      501 EAST COURT ST                 GREER, SC 29651
SALT LAKE CITY, UT 84130          STE 4.430
                                  JACKSON, MS 39201


CITIBANK                          KING'S DAUGHTERS***               REPUBLIC FINANCE
PO BOX 790040                     PO BOX 538                        525 BROOKWAY BLVD
ST LOUIS, MO 63179                BROOKHAVEN, MS 39602-0538         BROOKHAVEN, MS 39601


CLEAR AIR LENDING                 LVNV FUNDING                      SOUTHWEST MS REG***
PO BOX 1429                       ATTN: BANKRUPTCY                  P.O. BOX 1307
NICE, CA 95464                    PO BOX 10497                      MCCOMB, MS 39649
                                  GREENVILLE, SC 29603


COMENITY BANK                     MARINER FINANCE                   SPOT LOAN
ATTN: BANKRUPTCY                  ATTN: BANKRUPTCY                  PO BOX 927
PO BOX 182125                     8211 TOWN CENTER DR               PALATINE, IL 60078-0927
COLUMBUS, OH 43218                NOTTINGHAM, MD 21236
```

```
SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


TODAY CASH
P.O. BOX 808
KESHENA, WI 54135


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232


UPSTART FINANCE
ATTN: BANKRUPTCY
PO BOX 1503
SAN CARLOS, CA 94070


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


VANCE & HUFFMAN LLC
ATTN: BANKRUPTCY
55 MONETTE PKWY
STE 100
SMITHFIELD, VA 23430
```