# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50587   **Case Name:** Ronald Allen Burnett and Peggy Douglas Burnett

**Set:** 10/14/2025 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)2 Chapter 13 Plan).  (Dkt. #22)

Minute Entry Re: (related document(s): [22] Objection to Confirmation of the Plan filed by David Rawlings) Duncan to submit an Agreed Order. Order due by 10/28/2025. Email received from Duncan. (mcc)