United States Bankruptcy Court
Southern District of Mississippi

In re:                                                             Case No. 25-50587-KMS
Ronald Allen Burnett                              Chapter 13
Peggy Douglas Burnett
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                                User: mssbad                                   Page 1 of 4
Date Rcvd: Oct 21, 2025                       Form ID: n031                              Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Allen Burnett, Peggy Douglas Burnett, 532 W. McPherson Dr., Monticello, MS 39654-3677 |
| 5526884 | | KING'S DAUGHTERS HOSPITAL, PO BOX 538, BROOKHAVEN, MS 39602-0538 |
| 5501553 | + | Max Lend, P.O. Box 639, Parshall, ND 58770-0639 |
| 5501557 | + | Rapid Capital, 11900 Biscayne Blvd, Ste 201, Miami, FL 33181-2756 |
| 5507748 | | Rapital Capital, 1329-C Arena Road, Lot 110, Kahnawake, Quebec CA J0L1B0 |
| 5526885 | + | SOUTHWEST MS REGIONAL HOSPITAL, P.O. BOX 1307, MCCOMB, MS 39649-1307 |
| 5501560 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5501564 | + | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 5504199 | + | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5501538 | + | Email/Text: bankruptcy@1ffc.com | Oct 21 2025 19:34:00 | 1st Franklin, 939 Brookway Boulevard, Brookhaven, MS 39601-2612 |
| 5504009 | + | Email/Text: bankruptcy@1ffc.com | Oct 21 2025 19:34:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5501539 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 21 2025 19:33:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5501540 | + | Email/Text: customerservice@brightlending.com | Oct 21 2025 19:34:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5501543 | | Email/Text: accountmanagement@clearairlending.com | Oct 21 2025 19:34:00 | Clear Air Lending, PO Box 1429, Nice, CA 95464 |
| 5501541 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2025 19:39:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5501542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2025 19:39:15 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5501544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 21 2025 19:34:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5501545 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 21 2025 19:39:11 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5501549 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 21 2025 19:34:00 | Department of Treasury-Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5501546 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 21 2025 19:39:11 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5526915 | + | Email/Text: bankruptcy@towerloan.com | Oct 21 2025 19:34:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: n031 | Total Noticed: 48 |

| Recip ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5501547 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 21 2025 19:33:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5501548 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 21 2025 19:34:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5510297 | + | Email/Text: gbechakas@outlook.com | Oct 21 2025 19:34:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5501550 | + | Email/Text: ebone.woods@usdoj.gov | Oct 21 2025 19:34:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5524651 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 21 2025 19:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5501562 | | Email/Text: Bankruptcy@Todaycash.com | Oct 21 2025 19:34:00 | Today Cash, P.O. Box 808, Keshena, WI 54135 |
| 5503977 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2025 19:39:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5501551 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2025 19:39:11 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5501552 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 21 2025 19:33:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5501555 | ^ | MEBN | Oct 21 2025 19:30:02 | NCB Management, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 5501554 | + | Email/Text: bankruptcy@ncaks.com | Oct 21 2025 19:33:00 | National Credit, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5520417 | + | Email/Text: bankruptcy@ncaks.com | Oct 21 2025 19:33:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5501556 | | Email/Text: info@plazaservicesllc.com | Oct 21 2025 19:33:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr Ste 110, Atlanta, GA 30328 |
| 5527628 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2025 19:39:11 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5528038 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2025 19:34:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5511844 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2025 19:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5528818 | + | Email/Text: jpark001@bellsouth.net | Oct 21 2025 19:34:00 | RAM Receivables LLC, Agent of Huntington Debt Holdings, PO Box 25693, Memphis, TN 38125-8009 |
| 5503410 | + | Email/Text: bankruptcy@regionalmanagement.com | Oct 21 2025 19:33:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5501559 | | Email/Text: bankruptcy@republicfinance.com | Oct 21 2025 19:34:00 | Republic Finance, 525 Brookway Blvd, Brookhaven, MS 39601 |
| 5503394 | | Email/Text: bankruptcy@republicfinance.com | Oct 21 2025 19:34:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5501558 | + | Email/Text: bankruptcy@regionalmanagement.com | Oct 21 2025 19:33:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5522839 | + | Email/Text: bncmail@w-legal.com | Oct 21 2025 19:34:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5527598 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 21 2025 19:39:14 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5501561 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: n031 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 21 2025 19:39:17 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5501563 | | Email/Text: bankruptcy@towerloan.com | Oct 21 2025 19:34:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5501565 | ^ | MEBN | Oct 21 2025 19:30:09 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5501564 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 21 2025 19:34:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 5504199 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 21 2025 19:34:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5501566 | + | Email/Text: webadmin@vhllc.co | Oct 21 2025 19:34:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5503411 | *+ | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ronald Allen Burnett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Peggy Douglas Burnett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 4 of 4
Date Rcvd: Oct 21, 2025 Form ID: n031 Total Noticed: 48
TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50587−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Ronald Allen Burnett<br>aka Ronald A Burnett<br>532 W. McPherson Dr.<br>Monticello, MS 39654 | Peggy Douglas Burnett<br>aka Peggy Inez Burnett<br>532 W. McPherson Dr.<br>Monticello, MS 39654 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on October 21, 2025 (Dkt. # 31 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 21, 2025                               Danny L. Miller, Clerk of Court