IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Ronald Allen Burnett                            Case No. 25-50587-KMS
            Peggy Douglas Burnett, Debtors                         CHAPTER 13

## SUGGESTION OF DEATH

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Ronald Allen Burnett ("Debtor") who is the husband of the Joint Debtor, notes the death during the pendency of this action of Peggy Douglas Burnett ("Joint Debtor"). In accordance with Rule 1016 of the Federal Rules of Bankruptcy Procedure, the Debtor believes that further administration of this case is possible and is in the best interest. The Debtor prays that the case proceed and be concluded in the same manner, so far as possible, as though the death had not occurred.

                                             Respectfully submitted,

                                     By:     /s/ Thomas C. Rollins, Jr.
                                                   Thomas C. Rollins, Jr. (MS Bar No. 103469)
                                                   Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com