**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Ronald Allen Burnett                          Case No. 25-50587-KMS
        Peggy Douglas Burnett, Debtor(s)                    CHAPTER 13

**<u>NOTICE OF CHANGE OF ADDRESS FOR DEBTOR</u>**

Please take notice that the new mailing address for the below Debtor(s) is:

**New Mailing Address:**                               129 IPC Rd
                                                Lucedale, MS 39452

Date:  July 20, 2026

                                     <u>/s/ Thomas C. Rollins, Jr.</u>
                                     Attorney for Debtor

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

                                     <u>/s/ Thomas C. Rollins, Jr.</u>
                                     Attorney for Debtor

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533