**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Ronald Allen Burnett, Debtor**                **Case No. 25-50587-KMS**
                                                                          **CHAPTER 13**

**RESPONSE**

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion to

Dismiss (dk # 39) as follows:

1.  Debtor commenced this case on 04/23/2025 by filing a voluntary petition for relief under

    Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.  Debtor fell behind on payment due to his bank account being hacked, which caused

    unauthorized activity and disruption to the Debtor's access to funds and ability to timely

    make plan payments.

3.  The Debtor has since taken corrective action with the authority regarding his banking

    information, address the fraudulent activity, and restore normal access to her finances.

4.  Debtor can continue making the plan payments.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or

alternative relief as may be just and proper.

                                              Respectfully submitted,

                         By:    /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr. (MSBN 103469)
                                Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on July 29, 2026, to:

By Electronic CM/ECF Notice:

David Rawlings

U.S. Trustee

<div style="margin-left: 40%;">

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

</div>