B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi (Gulfport)

In re Ronald Burnett, Case No. 25-50587

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Scolopax, LLC
Name of Transferee

Name and Address where notices to transferee should be sent:
Scolopax, LLC
C/O WEINSTEIN & RILEY, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602
Phone: (877) 332-3543
Last Four Digits of Acct #: 0078

Name and Address where transferee payments should be sent (if different from above):
Scolopax, LLC
C/O WEINSTEIN & RILEY, P.S.
P.O. BOX 93024
Las Vegas, NV 89193-3024
Phone: (877) 332-3543
Last Four Digits of Acct #: 0078

Intercoastal Financial LLC
Name of Transferor

Court Claim # (if known): 10
Amount of Claim: $4,340.18
Date Claim Filed: May 12, 2025

Phone: 
Last Four Digits of Acct. #: 0078

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Jordan Morrison, Supervisor
Transferee/Transferee's Agent

Date: October 26, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Transfer of Claim Other Than for Security was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on October 26, 2026:

Trustee via E-Filing
DAVID RAWLINGS
ecfnotices@rawlings13.net

Debtors' Counsel via E-Filing
THOMAS CARL ROLLINS JR
trollins@therollinsfirm.com

/s/ Jordan Morrison, Supervisor
Jordan Morrison, Supervisor